IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01818-BNB

LOREN RICHIE LUSERO,

    Plaintiff,

v.

JOHN WELT,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the document titled "Order Directing D. Webster Case Manager at CSP to Furnish a Xerox Copy 'Certified' Forthwith of Plaintiff's Trust Fund Statement for the 6-Month Period Immediately Preceding This Filing" submitted by Plaintiff Loren Richie Lusero and filed with the Court on October 3, 2006. In the document, Mr. Lusero alleges that he has been unable to obtain a certified account statement from his case manager, D. Webster, in order to comply with this Court's September 13, 2006, order to cure. However, he fails to submit to the Court documentation showing that he has requested a certified account statement and that the request has been denied. Mr. Lusero will be allowed **thirty (30) days from the date of this order** in which to comply with the September 13 order or to submit documentation indicating the reason or reasons he is unable to do so.

Dated: October 5, 2006

Copies of this Minute Order mailed on October 5, 2006, to the following:

Loren R. Lusero
Prisoner No. 124354
Colo. State Penit.
P.O. Box 777
Canon City, CO 81215

                          Secretary/Deputy Clerk